BRUCE v. BRUCE

No. 225P86.

Case below: 79 N.C. App. 579.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

BRYANT v. CARSON

No. 404P86.

Case below: 81 N.C. App. 528.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

BRYANT v. PITT

No. 86P86.

Case below: 78 N.C. App. 801.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

BURNETTE INDUSTRIES, INC. v.
DUNBAR OF WINSTON-SALEM, INC.

No. 307P86.

Case below: 80 N.C. App. 318.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

CENTRAL CAROLINA BANK & TRUST CO.
v. FAWN VENDORS, INC.

No. 256P86.

Case below: 79 N.C. App. 755.

Motion by third-party plaintiffs for reconsideration of the petition to this Court for review of the decision of the North Carolina Court of Appeals denied 12 August 1986.